**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| SUNBURST SHUTTERS NEVADA, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSE OF WINDOW COVERINGS, LLC, a Nevada Limited Liability Company<br><br>Defendant. | CASE NO.: 2:17-cv-00543-JAD-GWF<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, SUNBURST SHUTTERS NEVADA, INC. ("Plaintiff") by and through its respective counsel of record, JOHN L. KRIEGER, ESQ. and *Pro Hac Vice* counsel Franklin M. Smith, Esq. of the law firm DICKINSON WRIGHT PLLC, and Defendant, HOUSE OF WINDOW COVERINGS, LLC ("Defendant") by and through its respective counsel of record, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW, that the Settlement Conference, currently scheduled for August 8, 2017 at 9:00 a.m., be vacated pursuant to the parties reaching an agreement in principal.

…

…

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

The parties are currently working on the final settlement agreement.

**IT IS SO STIPULATED AND AGREED.**

DATED this 3rd day of August, 2017.     DATED this 3rd day of August, 2017.

**DICKINSON WRIGHT PLLC**               **LAGOMARSINO LAW**

*/s/ Franklin M. Smith, Esq.*           */s/ Andre M. Lagomarsino, Esq.*
_____       _____
John L. Krieger, Esq.                   Andre M. Lagomarsino, Esq.
Nevada Bar No. 6023                     Nevada Bar No. 6711
8363 West Sunset Road, Suite 200        3005 West Horizon Ridge Parkway, Suite 241
Las Vegas, Nevada 89113                 Las Vegas, Nevada 89052
                                        *Attorney for Defendant, House of Window Coverings, LLC.*
Franklin M. Smith, Esq.
Michigan Bar No. P76987
2600 West Big Beaver Rd., Suite 300
Troy, Michigan 48084
*Attorneys for Plaintiff, Sunburst Shutters of Nevada, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/4/2017_____.