LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| SUNBURST SHUTTERS NEVADA, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSE OF WINDOW COVERINGS, LLC, a Nevada Limited Liability Company<br><br>Defendant. | CASE NO.: 2:17-cv-00543-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff SUNBURST SHUTTERS NEVADA, INC., by and through its attorney, FRANKLIN M. SMITH, ESQ. of DICKINSON WRIGHT, and Defendant HOUSE OF WINDOW COVERINGS, LLC, by and through its attorney, ANDRE M. LAGOMARSINO, ESQ. of LAGOMARSINO LAW, that the above-entitled action may be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees, that all discovery deadlines, motion deadlines and pretrial dates are hereby vacated, and that the Clerk of the above-entitled Court is hereby, directed to refund to any and all jury deposits paid by any party.

. . .

. . .

. . .

. . .

. . .

IT IS SO STIPULATED AND AGREED.

DATED this 27th day of October, 2017.          DATED this 27th day of October, 2017.

**DICKINSON WRIGHT**                            **LAGOMARSINO LAW**

*Joanna M. Myers #12048 for*
John L. Krieger, Esq. (#6023)                   Andre M. Lagomarsino, Esq. (#6711)
8363 West Sunset Road, Suite 200                3005 West Horizon Ridge Parkway, Suite 241
Las Vegas, Nevada 89113                         Las Vegas, Nevada 89052
                                                *Attorney for Defendant*
Pro Hac Vice:
Franklin M. Smith, Esq. (MI Bar No. P76987)
2600 West Big Beaver Rd., Suite 300
Troy, MI 48084
*Attorneys for Plaintiff*

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice. Each party shall bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: October 30, 2017.

_____
UNITED STATES DISTRICT JUDGE